UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
In re:                                                        :   In re: Chapter 15
                                                              :
**Daewoo Logistics Corporation,**                             :   Case No. 15558 (BRL)
                                                              :
    **Debtor in a Foreign Proceeding**    :
------------------------------------------------------------- X

### ORDER (I) SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE OF FILING OF PETITION AND CERTAIN PLEADINGS PURSUANT TO CHAPTER 15 OF THE BANKRUPTCY CODE SEEKING RECOGNITION OF A FOREIGN PROCEEDING AND REQUESTING RELIEF IN AID OF A FOREIGN PROCEEDING, AND (II) SCHEDULING HEARING ON CHAPTER 15 PETITION

Upon the application (the "Application") of Mr. Yong-Nam Ahn, in his capacity as the duly appointed receiver (the "Petitioner") of Daewoo Logistics Corporation (the "Company") for an Order (1) Specifying Form and Manner of Service of Notice of Filing of Petition and Certain Pleadings Pursuant to Chapter 15 of the Bankruptcy Code Seeking Recognition of a Foreign Proceeding and Requesting Relief in Aid of a Foreign Proceeding and (II) Scheduling Hearing on Chapter 15 Petition; it is hereby

ORDERED, that the form of the Notice (Exhibit A) is hereby approved; and it is further

ORDERED, that copies of the Notice, the Petition and the documents filed in support thereof (collectively, the "Service Documents") shall be served by United States mail, first-class postage prepaid or by overnight courier or by email on or before September 17, 2009, upon all known creditors with addresses in the United States and all other parties against whom relief is sought (or their counsel) that have addresses in the United States, in accordance with Rules 1010 and 7004(a) and (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") at their last known addresses; and it is further

1

ORDERED, that service of the Notice shall be effected, in accordance with Bankruptcy Rules 1010, 9007 and 9008, by publication of a notice substantially in the form of the Notice in The Wall Street Journal (International Edition) on or before September 22, 2009; and it is further

ORDERED, that if any party files a notice of appearance in this case, the Petitioner shall serve the Service Documents upon such party within ten (10) business days of the filing of such notice of appearance if such documents have not already been served on such party (or its counsel); and it is further

ORDERED, that service of the Service Documents and publication of the Notice in accordance with this Order, is hereby approved as adequate and sufficient notice, and service of the Service Documents on all interested parties; and it is further

ORDERED, that a hearing (the "Hearing") on the relief sought in the Petition as well motions or answers, if any, in response to the Service Documents shall be held on October 21, 2009, at 10:00 a.m. New York time (the "Hearing Date"), or as soon thereafter as counsel shall be heard, in Room 623 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004; and it is further

ORDERED, that motions or answers, if any, in response to the Service Documents must be in writing describing the basis therefore and shall be filed with the Court electronically in accordance with General Order M-242 by registered users of the Court's electronic case filing system, and by all other parties in interest, on a 3.5 inch disc, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, with hard copy to the Chambers of the Honorable Burton R. Lifland, United States Bankruptcy Judge, and served upon Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174 (Attention:

Jeremy J.O. Harwood/Rocco A. Cavaliere, Esqs.), special United States counsel to the Petitioner, so as to be received on or before October 13, 2009 at 2:00 p.m. New York time; and it is further

ORDERED, that the Hearing may be adjourned from time to time without notice other than an announcement in open court at the Hearing or the adjourned date of the hearing; and it is further

ORDERED, that all notice requirements specified in section 1514(c) of the Bankruptcy Code are hereby waived; and it is further

ORDERED, that service pursuant to this Order shall be good and sufficient service and adequate notice of the hearing to consider the Petition and the Petitioner's request for an order granting recognition of the foreign proceeding as a "foreign main proceeding" and for relief, including the automatic stay.

Dated: New York, New York
September 17, 2009

/s/ Burton R. Lifland
HON. BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE