UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :  Chapter 15
                                                               :
Daewoo Logistics Corporation,                                  :  Case No. 09-15558 (BRL)
                                                               :
        Debtor in a Foreign Proceeding                         :
---------------------------------------------------------------X

**ORDER TO SHOW CAUSE WHY MINMETALS LOGISTICS GROUP
COMPANY LIMITED SHOULD NOT BE HELD IN CONTEMPT**

Upon the motion of Daewoo Logistics Corporation (the "Debtor"), dated June 25, 2011, by its United States special counsel, Blank Rome LLP, for an Order to Show Cause Why Minmetals Logistics Group Company Limited ("Minmetals") and the Law Offices of Gordon Starling, Jr. Should Not be Enjoined from Proceeding Against Debtor's Property and Held In Contempt pursuant to sections 105(a) and 362 of Title 11 of the United States Code (the "Bankruptcy Code"), and this Court's Order dated October 21, 2009 granting foreign main recognition (the "Recognition Order"), the declaration of Jeremy J.O. Harwood dated June 25, 2011, all other supporting papers, and the proceedings had herein:

And Minmetals having subsequently consented to the release of the M V OCEAN FLOWER (the "Vessel") on June 28, 2011.

Let Minmetals show cause before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at 10:00 a.m. on August 23, 2011, before the United States Bankruptcy Court, Alexander Hamilton Custom House, Room 623, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to show cause why:

(1) Minmetals and the Law Office of Gordon Starling, Jr. should not be found in contempt of the Recognition Order expressly providing that "Sections 361 and 362 of the Bankruptcy Code apply with respect to the Company and the property of the Company that is within the territorial jurisdiction of the United States . . . " in attaching the Vessel and refusing to release the Vessel until June 28, 2011; and

(2) Such other relief as this Court deems appropriate should not be granted.

ORDERED, that this Order and any supporting papers shall be served upon counsel for Minmetals, Cullen & Dykeman, Attn. Matthew Roseman and the Law Office of Gordon Starling, Jr., Attn. Gordon Starling by e-mail by 5:00 p.m. on July 6, 2011, and any other interested parties that become known to the Debtor at such time as they are sufficiently identified, by United States mail, first class postage prepaid; courier; or email; and it is further

ORDERED, that service in accordance with this Order shall constitute adequate and sufficient service and notice; and it is further

ORDERED, that this Order and any supporting papers shall be made available by the Debtor upon request at the offices of Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174-0208 (Attention: Jeremy Harwood, Esq./ Marc Richards, Esq.); and it is further

ORDERED, that objections or responses, if any, must be made in writing describing the basis therefore and shall be filed with the Court electronically in accordance with General Order M-242 by registered users of the Court's Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, with hard copy to the Chambers of the Honorable Burton R. Lifland, and served upon Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174-0208 via e-mail (Attention: Jeremy Harwood, Esq./ Marc Richards Esq.), United

States special counsel for the Debtor, so as to be received on or before July 13, 2011; and it is further

ORDERED, that the Debtor may file a reply, in writing describing the basis therefore and shall be filed with the Court electronically in accordance with the General Order M-242 by registered users of the Courts Portable Document Format (PDF), word Perfect or any other Windows-based word processing format, with hard copy to the Chambers of the Honorable Burton R. Lifland, and served upon Cullen and Dykman, LLP, 100 Quentin Roosevelt Blvd, Garden City, New York 11530 (Attention: Matthew G. Roseman, Esq), Counsel to Minmetals and upon the Law Offices of Gordon Starling, Jr. (Attention C. Gordon Starling, Jr., Esq) so as to be received seven days before the hearing.

Dated: New York, New York
      July 1, 2011

/s/ Burton R. Lifland
HON. BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE